UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>HRB WINDDOWN INC., *et al.,*[1]<br><br>Debtors. | Chapter 11<br>Case No. 19-12689-BLS<br>Jointly Administered |
| ALAN D. HALPERIN, AS LIQUIDATING<br>TRUSTEE OF THE HIGH RIDGE BRANDS<br>CO. LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ARAWAK IX, L.P., CLAYTON, DUBILIER<br>& RICE, LLC, JOHN C. COMPTON, VINDI<br>BANGA (A/K/A MANVINDER BANGA),<br>KENNETH A. GIURICEO, GREGORY L.<br>PASQUA, AND JAMES A. DANIELS,<br><br>Defendants. | Adversary Proceeding<br>Adv. Proc. Case No. 21-_____-BLS<br><br><br>**DOCUMENTS TO BE KEPT<br>CONFIDENTIAL** |

## <u>COMPLAINT AND EXHIBITS A-G</u>

The entire complaint and the exhibits are under seal at this time. Upon commencement of the adversary action a motion to seal addresses why the complaint can not be filed in an unredacted manner at this time.

---

[1] The term "<u>Debtors</u>" as used in this Complaint shall mean the debtors in the chapter 11 cases (the "<u>Chapter 11 Cases</u>"), along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); HRB Winddown, Inc. (f/k/a High Ridge Brands Co.) (5871); GSI Winddown, Inc. (f/k/a Golden Sun, Inc.) (4712); CFL Winddown, Inc. (f/k/a Continental Fragrances, Ltd.) (2541); FCI Winddown, Inc. (f/k/a Freshcorp, Inc.) (3238); COC Winddown, LLC (f/k/a Children Oral Care, LLC) (disregarded entity for tax purposes); and DRF Winddown, LLC (f/k/a Dr. Fresh, LLC) (5167).