# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re HRB WINDDOWN INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 19-12689-BLS<br>Jointly Administered |
| ALAN D. HALPERIN, AS LIQUIDATING TRUSTEE OF THE HIGH RIDGE BRANDS CO. LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ARAWAK IX, L.P., CLAYTON, DUBILIER & RICE, LLC, JOHN C. COMPTON, VINDI BANGA (A/K/A MANVINDER BANGA), KENNETH A. GIURICEO, GREGORY L. PASQUA, AND JAMES A. DANIELS,<br><br>Defendants. | Adversary Proceeding<br><br>Adv. Proc. Case No. 21-51412-BLS |

## CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING JOINT STIPULATION OF DISMISSAL OF COUNTS I, II, III, IX, XI, AND XV OF THE SECOND AMENDED COMPLAINT (ADV. D.I. 59)

I, Ericka F. Johnson, co-counsel to Defendants Arawak IX, L.P., Clayton, Dubilier &

Rice, LLC, John C. Compton, Vindi Banga (a/k/a Manvinder Banga), Kenneth A. Giuriceo, and

Gregory L. Pasqua (the "CD&R Defendants"), do hereby certify:

1.      The Plaintiff Alan D. Halperin, As Liquidating Trustee of The High Ridge Brands

Liquidating Trust, the CD&R Defendants, and Defendant James A. Daniels (collectively, the

---

[1]   The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); HRB Winddown, Inc. (f/k/a High Ridge Brands Co.) (5871); GSI Winddown, Inc. (f/k/a Golden Sun, Inc.) (4712); CFL Winddown, Inc. (f/k/a Continental Fragrances, Ltd.) (2541); FCI Winddown, Inc. (f/k/a Freshcorp, Inc.) (3238); COC Winddown, LLC (f/k/a Children Oral Care, LLC) (disregarded entity for tax purposes); and DRF Winddown, LLC (f/k/a Dr. Fresh, LLC) (5167).

"Parties") have agreed to dismiss the claims and causes of action asserted Counts I, II, III, IX, XI, and XV of the *Second Amended Complaint* [Adv. D.I. 59].

2.     Thus, the Parties have entered into the *Joint Stipulation of Dismissal of Counts I, II, III, IX, XI, and XV of the Second Amended Complaint (Adv. D.I. 59)* (the "Stipulation"), which is attached as **Exhibit 1** to the proposed order attached hereto as **Exhibit A**.

3.     The undersigned hereby respectfully requests that the Court enter the proposed order attached hereto as **Exhibit A** approving the Stipulation.

Dated:   October 24, 2025

**BAYARD, P.A**

*/s/ Ericka F. Johnson*
Ericka F. Johnson (Del. Bar No. 5024)
Steven D. Adler (Del. Bar No. 6257)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
E-mail:  ejohnson@bayardlaw.com
              sadler@bayardlaw.com

-and-

**DEBEVOISE & PLIMPTON LLP**

Mark P. Goodman (*admitted PHV*)
Erica S. Weisgerber (*admitted PHV*)
Matthew J. Sorensen (*admitted PHV*)
66 Hudson Boulevard
New York, New York 10001
Tel: (212) 909-6000
E-mail: mpgoodman@debevoise.com
              eweisgerber@debevoise.com
              mjsorensen@debevoise.com

*Counsel to Arawak, CD&R LLC, John C. Compton, Vindi Banga (a/k/a Manvinder Banga), Kenneth A. Giuriceo, and Gregory L. Pasqua*