## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re HRB WINDDOWN INC., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br>Case No. 19-12689-BLS<br>Jointly Administered |
| ALAN D. HALPERIN, AS LIQUIDATING TRUSTEE OF THE HIGH RIDGE BRANDS CO. LIQUIDATING TRUST,<br><br>      Plaintiff,<br><br>v.<br><br>ARAWAK IX, L.P., CLAYTON, DUBILIER & RICE, LLC, JOHN C. COMPTON, VINDI BANGA (A/K/A MANVINDER BANGA), KENNETH A. GIURICEO, GREGORY L. PASQUA, AND JAMES A. DANIELS,<br><br>      Defendants. | Adversary Proceeding<br><br>Adv. Proc. Case No. 21-51412-BLS<br><br>**Related Docket No.: 287** |

## ORDER OF DISMISSAL OF COUNTS I, II, III, IX, XI, AND XV OF THE SECOND AMENDED COMPLAINT (ADV. D.I. 59)

Upon consideration of the *Joint Stipulation Of Dismissal Of Counts I, II, III, IX, XI, and XV of the Second Amended Complaint (Adv. D.I. 59)* (the "Stipulation"), a copy of which is attached hereto as Exhibit 1; and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given; it is hereby

**ORDERED** that the Stipulation is **APPROVED**; and further

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); HRB Winddown, Inc. (f/k/a High Ridge Brands Co.) (5871); GSI Winddown, Inc. (f/k/a Golden Sun, Inc.) (4712); CFL Winddown, Inc. (f/k/a Continental Fragrances, Ltd.) (2541); FCI Winddown, Inc. (f/k/a Freshcorp, Inc.) (3238); COC Winddown, LLC (f/k/a Children Oral Care, LLC) (disregarded entity for tax purposes); and DRF Winddown, LLC (f/k/a Dr. Fresh, LLC) (5167).

**ORDERED** that the claims and causes of action asserted in Counts I, II, III, IX, XI, and XV of the Second Amended Complaint (Adv. D.I. 59) are hereby **DISMISSED** with prejudice, and without costs, disbursements or fees to either side; and further;

**ORDERED** that, for the avoidance of doubt, the dismissal provided for in the previous paragraph applies solely to Counts I, II, III, IX, XI, and XV of the Second Amended Complaint and does not apply to the claims of the Plaintiff with respect to Counts IV, V, VI, VII, VIII, X, XII, XIII, and XIV of the Second Amended Complaint (Adv. D.I. 59).

**Dated: October 27th, 2025**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**