# **EXHIBIT 1**

**Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re HRB WINDDOWN INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br> Case No. 19-12689-BLS <br> Jointly Administered |
| ALAN D. HALPERIN, AS LIQUIDATING TRUSTEE OF THE HIGH RIDGE BRANDS CO. LIQUIDATING TRUST, <br><br> Plaintiff, <br><br> v. <br><br> ARAWAK IX, L.P., CLAYTON, DUBILIER & RICE, LLC, JOHN C. COMPTON, VINDI BANGA (A/K/A MANVINDER BANGA), KENNETH A. GIURICEO, GREGORY L. PASQUA, AND JAMES A. DANIELS, <br><br> Defendants. | Adversary Proceeding <br><br> Adv. Proc. Case No. 21-51412-BLS |

## JOINT STIPULATION OF DISMISSAL
## OF COUNTS I, II, III, IX, XI, AND XV OF
## THE SECOND AMENDED COMPLAINT (ADV. D.I. 59)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for each of the Parties in this adversary proceeding, that the claims and causes of action asserted in Counts I, II, III, IX, XI, and XV of the Second Amended Complaint (Adv. D.I. 59) shall be and are hereby dismissed with prejudice, and without costs, disbursements or fees to either side. For the avoidance of doubt, this joint stipulation of dismissal (the "Stipulation")

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); HRB Winddown, Inc. (f/k/a High Ridge Brands Co.) (5871); GSI Winddown, Inc. (f/k/a Golden Sun, Inc.) (4712); CFL Winddown, Inc. (f/k/a Continental Fragrances, Ltd.) (2541); FCI Winddown, Inc. (f/k/a Freshcorp, Inc.) (3238); COC Winddown, LLC (f/k/a Children Oral Care, LLC) (disregarded entity for tax purposes); and DRF Winddown, LLC (f/k/a Dr. Fresh, LLC) (5167).

applies solely to Counts I, II, III, IX, XI, and XV of the Second Amended Complaint and does not

apply to the claims of the Plaintiff with respect to Counts IV, V, VI, VII, VIII, X, XII, XIII, and

XIV of the Second Amended Complaint (Adv. D.I. 59).

IT IS HEREBY FURTHER STIPULATED AND AGREED that all current discovery

deadlines with respect to Counts I, II, III, IX, XI, and XV of the Second Amended Complaint

(Adv. D.I. 59) are stayed pending entry by the Court of an order approving this Stipulation.

Dated October 24, 2025

| GRANT & EISENHOFER P.A. | GRANT & EISENHOFER P.A. |
|---|---|
| Gordon Z. Novod (Admitted *Pro Hac Vice*)<br>Meagan Farmer (Admitted *Pro Hac Vice*)<br>485 Lexington Avenue, 29th Floor<br>New York, New York, 10017<br>Telephone: 646-722-8523<br>Facsimile: 646-722-8501<br>Email: gnovod@gelaw.com<br>mfarmer@gelaw.com | By: */s/ Frank H. Griffin*<br>Frank H. Griffin (No. 7318)<br>123 Justison Street, 7th Floor<br>Wilmington, Delaware 19801<br>Telephone: 302-622-7000<br>Facsimile: 302-622-7100<br>Email: fgriffin@gelaw.com |
| Special Counsel for Alan D. Halperin, as<br>Trustee of the High Ridge Brands Liquidating Trust | |
| DEBEVOISE & PLIMPTON LLP<br><br>Mark P. Goodman (Admitted *Pro Hac Vice*)<br>Erica S. Weisgerber (Admitted *Pro Hac Vice*)<br>Matthew J. Sorensen (Admitted *Pro Hac Vice*)<br>66 Hudson Boulevard<br>New York, New York 10001<br>Telephone: 212- 909-6000<br>Facsimile: 212-909-6836<br>Email: mpgoodman@debevoise.com<br>eweisgerber@debevoise.com<br>mjsorensen@debevoise.com | BAYARD, P.A.<br><br>By: */s/ Ericka F. Johnson*<br>Ericka F. Johnson (No. 5024)<br>600 N. King St., Suite 400<br>Wilmington, Delaware 19801<br>Telephone: 302-429-4275<br>Facsimile: 302-658-6395<br>Email: ejohnson@bayardlaw.com |
| Counsel to Defendants Arawak IX, L.P., Clayton, Dubilier & Rice, LLC, John C. Compton,<br>Vindi Banga (a/k/a Manvinder Banga), Kenneth A. Giuriceo, and Gregory L. Pasqua | |

| VEDDER PRICE P.C. | THE ROSNER LAW GROUP LLC |
|---|---|
| S. Preston Ricardo (Admitted *Pro Hac Vice*)<br>1633 Broadway 31st Floor<br>New York, New York  10019<br>Telephone: 212- 407-7750<br>Email: pricardo@vedderprice.com | By:  */s/ Zhao Liu*<br>Zhao Liu (No. 6436)<br>Frederick B. Rosner (No. 3995)<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Telephone: 302-777-1111<br>Email: liu@teamrosner.com<br>leonardt@teamrosner.com |
| Counsel to Defendant James A. Daniels ||