# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re HRB WINDDOWN INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br> Case No. 19-12689-BLS <br> (Jointly Administered) |
| ALAN D. HALPERIN, AS LIQUIDATING TRUSTEE OF THE HIGH RIDGE BRANDS CO. LIQUIDATING TRUST, <br><br> Plaintiff, <br><br> v. <br><br> ARAWAK IX, L.P., CLAYTON, DUBILIER & RICE, LLC, JOHN C. COMPTON, VINDI BANGA (A/K/A MANVINDER BANGA), KENNETH A. GIURICEO, GREGORY L. PASQUA, AND JAMES A. DANIELS, <br><br> Defendants. | Adversary Proceeding <br><br> Adv. Proc. Case No. 21-51412-BLS |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING
JOINT STIPULATION OF DISMISSAL OF COUNTS XII, XIII, AND XIV OF
THE SECOND AMENDED COMPLAINT (ADV. D.I. 59)**

I, Ericka F. Johnson, co-counsel to Defendants Arawak IX, L.P., Clayton, Dubilier & Rice,

LLC, John C. Compton, Vindi Banga (a/k/a Manvinder Banga), Kenneth A. Giuriceo, and Gregory

L. Pasqua (the "CD&R Defendants") do hereby certify:

1. The Plaintiff Alan D. Halperin, as Liquidating Trustee of the High Ridge Brands

Liquidating Trust, the CD&R Defendants, and Defendant James A. Daniels (collectively, the

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); HRB Winddown, Inc. (f/k/a High Ridge Brands Co.) (5871); GSI Winddown, Inc. (f/k/a Golden Sun, Inc.) (4712); CFL Winddown, Inc. (f/k/a Continental Fragrances, Ltd.) (2541); FCI Winddown, Inc. (f/k/a Freshcorp, Inc.) (3238); COC Winddown, LLC (f/k/a Children Oral Care, LLC) (disregarded entity for tax purposes); and DRF Winddown, LLC (f/k/a Dr. Fresh, LLC) (5167).

"Parties") have agreed to dismiss the claims and causes of action asserted in Counts XII, XIII, and XIV of the *Second Amended Complaint* (Adv. D.I. 59).

2.      Thus, the Parties have entered into the *Joint Stipulation of Dismissal of Counts XII, XIII, and XIV of the Second Amended Complaint (Adv. D.I. 59)* (the "Stipulation"), which is attached as **Exhibit 1** to the proposed order attached hereto as **Exhibit A**.

3.      The undersigned hereby respectfully requests that the Court enter the proposed order attached hereto as **Exhibit A** approving the Stipulation.

Dated:   April 3, 2026

**BAYARD, P.A.**

*/s/ Ericka F. Johnson*
Ericka F. Johnson (Del. Bar No. 5024)
Steven D. Adler (Del. Bar No. 6257)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Tel.: (302) 655-5000
E-mail:  ejohnson@bayardlaw.com
             sadler@bayardlaw.com

**DEBEVOISE & PLIMPTON LLP**

Mark P. Goodman (*admitted PHV*)
Erica S. Weisgerber (*admitted PHV*)
Matthew J. Sorensen (*admitted PHV*)
66 Hudson Boulevard
New York, New York 10001
Tel.: (212) 909-6000
E-mail:  mpgoodman@debevoise.com
             eweisgerber@debevoise.com
             mjsorensen@debevoise.com

*Counsel to Arawak IX, L.P., Clayton, Dubilier & Rice, LLC, John C. Compton, Vindi Banga (a/k/a Manvinder Banga), Kenneth A. Giuriceo, and Gregory L. Pasqua*