**<u>Exhibit 1</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re HRB WINDDOWN INC., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br>Case No. 19-12689-BLS<br>Jointly Administered |
| ALAN D. HALPERIN, AS LIQUIDATING<br>TRUSTEE OF THE HIGH RIDGE BRANDS<br>CO. LIQUIDATING TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>ARAWAK IX, L.P., CLAYTON, DUBILIER<br>& RICE, LLC, JOHN C. COMPTON, VINDI<br>BANGA (A/K/A MANVINDER BANGA),<br>KENNETH A. GIURICEO, GREGORY L.<br>PASQUA, AND JAMES A. DANIELS,<br><br>    Defendants. | Adversary Proceeding<br><br>Adv. Proc. Case No. 21-51412-BLS |

**JOINT STIPULATION OF DISMISSAL
OF COUNTS XII, XIII, AND XIV OF
<u>THE SECOND AMENDED COMPLAINT (ADV. D.I. 59)</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the

attorneys of record for each of the Parties in this adversary proceeding, that claims and causes of

action asserted in Counts XII, XIII, and XIV of the Second Amended Complaint (Adv. D.I. 59)

shall be and are hereby dismissed without prejudice, and without costs, disbursements or fees to

either side. For the avoidance of doubt, this joint stipulation of dismissal applies solely to Counts

---

[1]  The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); HRB Winddown, Inc. (f/k/a High Ridge Brands Co.) (5871); GSI Winddown, Inc. (f/k/a Golden Sun, Inc.) (4712); CFL Winddown, Inc. (f/k/a Continental Fragrances, Ltd.) (2541); FCI Winddown, Inc. (f/k/a Freshcorp, Inc.) (3238); COC Winddown, LLC (f/k/a Children Oral Care, LLC) (disregarded entity for tax purposes); and DRF Winddown, LLC (f/k/a Dr. Fresh, LLC) (5167).

XII, XIII, and XIV of the Second Amended Complaint and does not apply to the claims of the Plaintiff with respect to Counts IV, V, VI, VII, VIII, and X of the Second Amended Complaint (Adv. D.I. 59).

Dated April 3, 2026

| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br><br>Gordon Z. Novod (Admitted *Pro Hac Vice*)<br>55 Hudson Yards, 20th Floor<br>New York, New York, 10001<br>Telephone: 212-446-2352<br>Facsimile: 212-446-2350<br>Email: gnovod@bsfllp.com | BOIES SCHILLER FLEXNER LLP<br><br>By: */s/ Frank H. Griffin*<br>Frank H. Griffin (No. 7318)<br>1401 New York Ave., NW<br>Washington, DC 20005<br>Telephone: 212-446-2347<br>Facsimile: 202-237-6131<br>Email: fgriffin@bsfllp.com |
| Special Counsel for Alan D. Halperin, as<br>Trustee of the High Ridge Brands Liquidating Trust | |
| DEBEVOISE & PLIMPTON LLP<br><br>Mark P. Goodman (Admitted *Pro Hac Vice*)<br>Erica S. Weisgerber (Admitted *Pro Hac Vice*)<br>Matthew J. Sorensen (Admitted *Pro Hac Vice*)<br>66 Hudson Boulevard<br>New York, New York 10001<br>Telephone: 212- 909-6000<br>Facsimile: 212-909-6836<br>Email: mpgoodman@debevoise.com<br>eweisgerber@debevoise.com<br>mjsorensen@debevoise.com | BAYARD, P.A.<br><br>By: */s/ Ericka F. Johnson*<br>Ericka F. Johnson (No. 5024)<br>Steven D. Adler (No. 6257)<br>600 N. King St., Suite 400<br>Wilmington, Delaware 19801<br>Telephone: 302-429-4275<br>Facsimile: 302-658-6395<br>Email: ejohnson@bayardlaw.com<br>sadler@bayardlaw.com |
| Counsel to Defendants Arawak IX, L.P., Clayton, Dubilier & Rice, LLC, John C. Compton, Vindi Banga (a/k/a Manvinder Banga), Kenneth A. Giuriceo, and Gregory L. Pasqua | |
| VEDDER PRICE P.C.<br><br>S. Preston Ricardo (Admitted *Pro Hac Vice*)<br>1633 Broadway 31st Floor<br>New York, New York  10019<br>Telephone: 212- 407-7750<br>Email: pricardo@vedderprice.com | THE ROSNER LAW GROUP LLC<br><br>By: */s/ Zhao Liu*<br>Zhao Liu (No. 6436)<br>Frederick B. Rosner (No. 3995)<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Telephone: 302-777-1111<br>Email: rosner@teamrosner.com<br>liu@teamrosner.com |
| Counsel to Defendant James A. Daniels | |