# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re HRB WINDDOWN INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br> Case No. 19-12689-BLS <br> (Jointly Administered) |
| ALAN D. HALPERIN, AS LIQUIDATING TRUSTEE OF THE HIGH RIDGE BRANDS CO. LIQUIDATING TRUST, <br><br> Plaintiff, <br><br> v. <br><br> ARAWAK IX, L.P., CLAYTON, DUBILIER & RICE, LLC, JOHN C. COMPTON, VINDI BANGA (A/K/A MANVINDER BANGA), KENNETH A. GIURICEO, GREGORY L. PASQUA, AND JAMES A. DANIELS, <br><br> Defendants. | Adversary Proceeding <br><br> Adv. Proc. Case No. 21-51412-BLS |

## DEFENDANTS' MOTION TO EXCLUDE
## EXPERT OPINIONS AND TESTIMONY OF STEPHEN KEMPAINEN

Pursuant to Federal Rule of Evidence 702, as made applicable here by Federal Rule of

Bankruptcy Procedure 9017, Defendants Arawak IX, L.P., Clayton, Dubilier & Rice, LLC, John

C. Compton, Vindi Banga (A/K/A Manvinder Banga), Kenneth A. Giuriceo, Gregory L. Pasqua,

and James A. Daniels, by and through counsel, respectfully move this Court to exclude the expert

opinions and testimony of Mr. Stephen Kempainen ("Motion to Exclude"). The grounds for this

---

[1]     The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); HRB Winddown, Inc. (f/k/a High Ridge Brands Co.) (5871); GSI Winddown, Inc. (f/k/a Golden Sun, Inc.) (4712); CFL Winddown, Inc. (f/k/a Continental Fragrances, Ltd.) (2541); FCI Winddown, Inc. (f/k/a Freshcorp, Inc.) (3238); COC Winddown, LLC (f/k/a Children Oral Care, LLC) (disregarded entity for tax purposes); and DRF Winddown, LLC (f/k/a Dr. Fresh, LLC) (5167).

Motion to Exclude are set forth in the accompanying memorandum of law, declaration, and exhibits submitted herewith.

WHEREFORE, Defendants respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, granting the Motion to Exclude.

Dated: April 29, 2026

**BAYARD, P.A.**

*/s/ Ericka F. Johnson*
Ericka F. Johnson (Del. Bar No. 5024)
Steven D. Adler (Del. Bar. No. 6257)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Tel: (302) 655-5000
Email:  ejohnson@bayardlaw.com
       sadler@bayardlaw.com


**DEBEVOISE & PLIMPTON LLP**
Mark P. Goodman
Erica S. Weisgerber
Zachary H. Saltzman
Matthew J. Sorensen
66 Hudson Boulevard
New York, New York 10001
Tel: (212) 909-6000
Email:  mpgoodman@debevoise.com
       eweisgerber@debevoise.com
       zhsaltzman@debevoise.com
       mjsorensen@debevoise.com

*Counsel to Defendants Arawak IX, L.P., Clayton, Dubilier & Rice, LLC, John C. Compton, Vindi Banga (a/k/a Manvinder Banga), Kenneth A. Giuriceo, and Gregory L. Pasqua*

**THE ROSNER LAW GROUP**

*/s/ Zhao Liu*
Frederick B. Rosner (Del. Bar No. 3995)
Zhao (Ruby) Liu (Del. Bar No. 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel: (302) 777-1111
Email:  rosner@teamrosner.com
       liu@teamrosner.com


**VEDDER PRICE P.C.**
S. Preston Ricardo
1633 Broadway, 31st Floor
New York, New York 10019
Tel: (212) 407-7700
Email:  pricardo@vedderprice.com

*Counsel to Defendant James A. Daniels*