# Exhibit A

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re HRB WINDDOWN INC., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br>Case No. 19-12689-BLS<br>(Jointly Administered) |
| ALAN D. HALPERIN, AS LIQUIDATING TRUSTEE OF THE HIGH RIDGE BRANDS CO. LIQUIDATING TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>ARAWAK IX, L.P., CLAYTON, DUBILIER & RICE, LLC, JOHN C. COMPTON, VINDI BANGA (A/K/A MANVINDER BANGA), KENNETH A. GIURICEO, GREGORY L. PASQUA, AND JAMES A. DANIELS,<br><br>    Defendants. | Adversary Proceeding<br><br>Adv. Proc. Case No. 21-51412-BLS |

## ORDER GRANTING DEFENDANTS' MOTION
## TO EXCLUDE EXPERT OPINIONS AND TESTIMONY OF STEPHEN KEMPAINEN

Upon consideration of the motion of Defendants Arawak IX, L.P., Clayton, Dubilier &

Rice, LLC, John C. Compton, Vindi Banga (A/K/A Manvinder Banga), Kenneth A. Giuriceo,

Gregory L. Pasqua, and James A. Daniels (the "Defendants") to exclude the expert opinions and

testimony of Stephen Kempainen (the "Motion to Exclude") pursuant to Federal Rule of Evidence

702, as made applicable here by Federal Rule of Bankruptcy Procedure 9017; the accompanying

memorandum of law and all exhibits and declarations submitted therewith; and all responses and

---

[1]    The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); HRB Winddown, Inc. (f/k/a High Ridge Brands Co.) (5871); GSI Winddown, Inc. (f/k/a Golden Sun, Inc.) (4712); CFL Winddown, Inc. (f/k/a Continental Fragrances, Ltd.) (2541); FCI Winddown, Inc. (f/k/a Freshcorp, Inc.) (3238); COC Winddown, LLC (f/k/a Children Oral Care, LLC) (disregarded entity for tax purposes); and DRF Winddown, LLC (f/k/a Dr. Fresh, LLC) (5167).

replies thereto; and having heard oral arguments regarding the Motion to Exclude at a hearing before this Court; and this Court having determined that just cause has been established for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Defendants' Motion to Exclude is GRANTED;

2. The opinions and testimony of Stephen Kempainen are excluded in their entirety in the above-captioned adversary proceeding;

3. This Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.