**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re HRB WINDDOWN INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br> Case No. 19-12689-BLS <br> (Jointly Administered) |
| ALAN D. HALPERIN, AS LIQUIDATING TRUSTEE OF THE HIGH RIDGE BRANDS CO. LIQUIDATING TRUST, <br><br> Plaintiff, <br><br> v. <br><br> ARAWAK IX, L.P., CLAYTON, DUBILIER & RICE, LLC, JOHN C. COMPTON, VINDI BANGA (A/K/A MANVINDER BANGA), KENNETH A. GIURICEO, GREGORY L. PASQUA, AND JAMES A. DANIELS, <br><br> Defendants. | Adversary Proceeding <br><br> Adv. Proc. Case No. 21-51412-BLS |

**<u>DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

Pursuant to Federal Rule of Civil Procedure 56, as made applicable here by Federal Rule of Bankruptcy Procedure 7056, Defendants Arawak IX, L.P., Clayton Dubilier & Rice, LLC, John C. Compton, Vindi Banga (A/K/A Manvinder Banga), Kenneth A. Giuriceo, Gregory L. Pasqua, and James A. Daniels, by and through counsel, respectfully move this Court for summary judgment against Alan D. Halperin, as Liquidating Trustee of the High Ridge Brands Co. Liquidating Trust, with respect to Counts VI, VII, VIII, and X of the *Second Amended Complaint* [Adv. D.I. 59]

---

[1]   The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); HRB Winddown, Inc. (f/k/a High Ridge Brands Co.) (5871); GSI Winddown, Inc. (f/k/a Golden Sun, Inc.) (4712); CFL Winddown, Inc. (f/k/a Continental Fragrances, Ltd.) (2541); FCI Winddown, Inc. (f/k/a Freshcorp, Inc.) (3238); COC Winddown, LLC (f/k/a Children Oral Care, LLC) (disregarded entity for tax purposes); and DRF Winddown, LLC (f/k/a Dr. Fresh, LLC) (5167).

("Motion for Partial Summary Judgment"). The grounds for this Motion for Partial Summary Judgment are set forth in the accompanying memorandum of law, declarations, and exhibits submitted herewith.

WHEREFORE, Defendants respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, (i) granting the Motion for Partial Summary Judgment, (ii) entering judgment in favor of Defendants on Counts VI, VII, VIII, and X of the *Second Amended Complaint*, and (iii) dismissing such claims with prejudice.

[*Signature page follows*]

Dated: April 29, 2026

Respectfully submitted,

<table>
<tr><td>

**BAYARD, P.A.**

*/s/ Ericka F. Johnson*  
Ericka F. Johnson (Del. Bar No. 5024)  
Steven D. Adler (Del. Bar. No. 6257)  
600 North King Street, Suite 400  
Wilmington, Delaware 19801  
Tel: (302) 655-5000  
Email:  ejohnson@bayardlaw.com  
       sadler@bayardlaw.com

</td><td>

**THE ROSNER LAW GROUP**

*/s/ Zhao Liu*  
Frederick B. Rosner (Del. Bar No. 3995)  
Zhao (Ruby) Liu (Del. Bar No. 6436)  
824 N. Market Street, Suite 810  
Wilmington, Delaware 19801  
Tel: (302) 777-1111  
Email:  rosner@teamrosner.com  
       liu@teamrosner.com

</td></tr>
<tr><td>

**DEBEVOISE & PLIMPTON LLP**  
Mark P. Goodman  
Erica S. Weisgerber  
Zachary H. Saltzman  
Matthew J. Sorensen  
66 Hudson Boulevard  
New York, New York 10001  
Tel: (212) 909-6000  
Email:  mpgoodman@debevoise.com  
       eweisgerber@debevoise.com  
       zhsaltzman@debevoise.com  
       mjsorensen@debevoise.com

*Counsel to Defendants Arawak IX, L.P., Clayton, Dubilier & Rice, LLC, John C. Compton, Vindi Banga (a/k/a Manvinder Banga), Kenneth A. Giuriceo, and Gregory L. Pasqua*

</td><td>

**VEDDER PRICE P.C.**  
S. Preston Ricardo  
1633 Broadway, 31st Floor  
New York, New York 10019  
Tel: (212) 407-7700  
Email:  pricardo@vedderprice.com

*Counsel to Defendant James A. Daniels*

</td></tr>
</table>