**EXHIBIT 13**


**FILED UNDER SEAL**

# **EXHIBIT 14**

# Crafting *Extraordinary* Experiences
## for *Savvy* Consumers



# Presentation to Lenders
*Quarter Ended June 30, 2018*

August 16, 2018

EXHIBIT

tabbies  X 63A

**\*STRICTLY CONFIDENTIAL\***


**High Ridge Brands**

This presentation has been prepared by High Ridge Brands Co. ("High Ridge Brands" or the "Company") for the exclusive use of the party to whom the Company delivers this presentation (such party, together with its subsidiaries and affiliates, the "Recipient"). This presentation has been prepared solely for informational purposes. This presentation is a summary, and it is not complete. Statements contained herein describing documents and agreements are qualified in their entirety by reference to such documents and agreements. The Recipient should not construe the contents of this presentation as legal, tax, accounting or investment advice.

The presentation includes forward-looking statements. Forward-looking statements are not statements of historical fact and provide the Company's current expectations of forecasts of future events. Any forward-looking statements contained in this presentation reflect various estimates and assumptions by the Company at the time made. These "forward-looking statements" can be identified by the use of terms such as "may," "intend," "might," "will," "should," "could," "would," "expect," "believe," "estimate," "anticipate," "predict," "project," "potential," or the negative of these terms, and similar expressions. Although the Company believes that the expectations and views reflected in such statements are reasonable, such statements are subject to a number of assumptions, risks and uncertainties which may cause actual results, performance or achievements to be materially different from future results, performance or achievements expressed or implied by such forward-looking statements. Additionally, it is possible that others, including industry experts and applicable issuers, may disagree with such expectations, views and/or statements. Forward-looking statements, and the expectations and views reflected therein, expressed in this presentation may change at any time, without notice. In addition, the information contained in this presentation, including any forward-looking statements, speaks only as of the date hereof, and the Company undertakes no obligation to update any such information.

This presentation contains confidential material, non-public information and is the property of the Company. By accepting delivery of this presentation, the Recipient is deemed to have acknowledged and agreed that this presentation will be kept in strict confidence. The Recipient may not, without the express written consent of the Company, whether in whole or in part, publish, broadcast, reproduce, alter or tamper with in any way, or otherwise use any material contained in this presentation. Upon the written request of the Company, this presentation, any other documents or information furnished and any and all reproductions thereof and notes relating thereto will be promptly returned to the Company.

This presentation includes certain financial measures that were not prepared in accordance with U.S. generally accepted accounting principles ("GAAP"). The items excluded from these non-GAAP measures are important in understanding the Company's financial performance, and any non-GAAP measures presented should not be considered in isolation of, or as an alternative to, GAAP financial measures. Since these non-GAAP financial measures are not measures determined in accordance with GAAP, have no standardized meaning prescribed by GAAP and are susceptible to varying calculations, these measures, as presented, may not be comparable to other similarly titled measures of other companies.

This presentation is not an offer to sell or a solicitation of an offer to purchase, any securities to any person in any jurisdiction. This document is not intended for distribution to, or use in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.

2



*STRICTLY CONFIDENTIAL*

# Q2 results in line with expectations



- Continued headwinds from Q1 2018 shelf resets (summer 2017 line review meetings)

- Supply chain challenges continued (S&OP struggles, freight cost increases) more than offsetting bright spots (commodity favorability, strong OTIF performance)

- Advertising, Promotion and New Product development began to ramp up in support of 2019 innovation

- Payroll & Related expenses increasing from prior year and prior quarter

- Tightly managed G&A to hold non-payroll expenses flat from Q1 and 25% below prior year

- Dr. Fresh synergies realized to date total $5.4M annually with another $1.6M expected by year-end

Numbers presented above are Proforma, Normalized figures: excludes one-time normalizing adjustments, depreciation and step up charges recorded to Cost of Goods Sold; Adjusted EBITDA definition aligns with credit and indenture agreements (see detailed schedule on SyndTrak); Dr. Fresh sales prior to July 2017 integration "grossed up" for lack of list price tracking



**High Ridge Brands**

*STRICTLY CONFIDENTIAL*

# EBITDA continues to be below prior year levels... but sequentially improved from Q1



Numbers presented above are Proforma, Normalized figures: excludes one-time normalizing adjustments, depreciation and step up charges recorded to Cost of Goods Sold; Adjusted EBITDA definition aligns with credit and indenture agreements (see detailed schedule on SyndTrak); Dr. Fresh sales prior to July 2017 integration "grossed up" for lack of list price tracking

**High Ridge Brands**

**\*STRICTLY CONFIDENTIAL\***

# We used FCF to pay down debt

## Free Cash Flow[1]

$M



(12.8)
Q1 2018

10.6
Q2 2018

## Revolver Balance

$M



11.0

24.0
As of 3/31/18

13.0
As of 6/30/18

- Strong Q2 FCF despite depressed earnings and inventory build resulting from
  - Smoothed interest expense payouts by quarter
  - Reduced DSO and Increased DPO driving $6.0M in AR/AP improvement
  - Recouped $5.7M in NOL carryback claims and tax overpayments

1. Free Cash Flow = Cash Flow from Operations less CapEx (inconsistent with offering material definition which was EBITDA – CapEx)



*STRICTLY CONFIDENTIAL*

# Staying within covenant guardrails and ending with sufficient liquidity

**Leverage**

- 8.3 — 12/31/2017
- 9.5 — 3/31/2018
- 9.9 — 6/30/2018

**Covenant Compliance**

- 3.9 / 5.8 — 12/31/2017
- 4.6 / 5.8 — 3/31/2018
- 4.7 / 5.8 — 6/30/2018

**Liquidity**

- 45 (Cash 4, Undrawn Revolver 41) — 12/31/2017
- 32 (Cash 6, Undrawn Revolver 26) — 3/31/2018
- 42 (Cash 5, Undrawn Revolver 37) — 6/30/2018

Legend:
- Net Debt/ Adjusted EBITDA
- 1st Lien Net Debt/ Adjusted EBITDA
- Max Covenant
- Cash
- Undrawn Revolver

Numbers presented above are Proforma, Normalized figures: excludes one-time normalizing adjustments, depreciation and step up charges recorded to Cost of Goods Sold; Adjusted EBITDA definition aligns with credit and indenture agreements (see detailed schedule on SyndTrak); Leverage and Covenant Compliance shown 'as submitted' (aligns with compliance certificates)



High Ridge Brands

*STRICTLY CONFIDENTIAL*

# Competitive Landscape

|  | Skin[1] | Hair[2] | Oral[3] |
|---|---|---|---|

**Category Scans % PY**

Skin: Q1 2.0%, Q2 3.7%
Hair: Q1 0.9%, Q2 1.9%
Oral: Q1 2.3%, Q2 1.7%

**HRB Scans % PY**

Skin: Q1 (15.3%), Q2 (19.3%)
Hair: Q1 (12.5%), Q2 (12.2%)
Oral: Q1 (0.3%), Q2 3.8%

**Mkt Share % Change[4]**

Skin: (0.5%)
Hair: (0.2%)
Oral: 0.0%

- Skin Cleansing category remains healthy with consistent modest growth rate, driven by body wash which HRB has lost significant distribution in

- Zest bar soap is also losing share

- Large brands continue to dominate the category and are enjoying success driven by their body wash brands, where we are seeing price increases

- Hair Care continues to shows modest growth; HRB contraction due to distribution losses across the portfolio

- VO5 exhibited the largest volume losses due to distribution cuts earlier in the year but velocities have since accelerated

- Small indie Hair Care brands continue to take market share

- Oral Care category continues with modest growth however Firefly is now experiencing a resurgence following the acquisition and is back to double-digit growth primarily due to new distribution

- HRB Kids Toothbrush took over the #1 $ share position due to successful entry into the higher priced Power Rotary segment and dominance of the Light-up segment

- Firefly Kids Power Toothbrush & Kids Mouth Rinse are both category growth leaders

1. Skin category defined as Skin Cleansing (Body wash, Bar Soap, Hand Soap)
2. Hair category defined as Hair Care (Shampoo/Conditioner, Coloring, Hair Spray, Styling, Gel, Mousse, Dry Shampoo, Hair Growth)
3. Oral Care category includes both adult and kids segments of Toothbrush and Mouth Rinse categories (excludes paste)
4. Q2 2018


**High Ridge Brands**

*STRICTLY CONFIDENTIAL*

# Management Updates

## Management Team

| NAME | START | TITLE | YEARS EXPERIENCE | REPRESENTATIVE EXPERIENCE |
|---|---|---|---|---|
| Patricia Lopez | July 2017 | Chief Executive Officer President | 29 | P&G  AVON  ESTĒE LAUDER |
| Amanda Allen | November 2017 | Chief Financial Officer | 16 | PEPSICO  UBS  starwood Hotels and Resorts  edible arrangements |
| Diane Preston | August 2018 | Chief Supply Chain Officer | 25 | ToysЯus  Kraft  DANNON  Pinnacle Foods Inc. |
| Smitha Rao | August 2018 | Chief Technical Officer | 15 | StriVectin  NIA24  nia (not into aging)  StriVectin HAIR. THE SCIENCE OF AGELESS HAIR |
| Rob Jelinek | November 2017 | Chief Sales Officer | 33 | P&G  HERSHEY'S  ROBERT ROTHSCHILD FARM |
| Jasmin Manner | December 2016 | Chief Marketing Officer | 22 | Dial  Henkel  DIAGEO |
| Diya Talwar | August 2016 | SVP, Business Development and Strategy | 14 | JARDEN  Bank of America  Dresdner Kleinwort Wasserstein |
| Mark Walsh | May 2015 Dr. Fresh | President, Oral Care | 32 | DR. Fresh  PEPSICO  P&G |



*STRICTLY CONFIDENTIAL*

# Supply Chain Optimization Initiative

- An 11-month engagement designed to capture and sustain annualized EBITDA benefits of $12.4 - $17.4M[1] plus additional short term and long term working capital improvements

| Initiative | Target Benefits | Status |
|---|---|---|
| Procurement[2] | $11.2 – $15.8M | Supplier Forum: Stamford – 7/17, China – 9/12<br><br>Establishing LCC sourcing opportunities across all product lines<br><br>Developing a nimble supply base to support innovation and legacy products through RFPs issued across all segments |
| S&OP | $3.2 – $5.0M | Continuing simulation cadence across skin, hair and oral care<br><br>Analyzing the safety/cycle stocks to establish accurate turns targets<br><br>Rolling out efforts to support the identified Continuous Improvement projects |
| Warehouse Rate Reductions[2] | $1.2 – $1.6M | Inventory consolidation and cost saving efforts underway<br><br>Targeted initiatives to address:<br><br>Management fees / Overhead fees<br>Reduction in rates per square foot<br>Pain Share / Gain Share and Continuous Improvement |
| Logistics / Network Optimization | TBD | Phase 2 |
| LOI | n/a | ORCI rolldown continues throughout the organization to clarify roles and responsibilities<br><br>ORCI will inform the organization design to drive toward a more efficient and effective organization<br><br>Change management activities are underway to generate awareness, obtain buy-in and drive sustainability |

1. Contracted $13.0 - $18.2M range includes interest savings which does not impact EBITDA
2. included in 'unrealized savings' EBITDA add-back as of Q2 2018



*STRICTLY CONFIDENTIAL*

# Positive momentum going into H2

## 2018 Mid-Year Resets

- **As of 12/31/2017, HRB faced major headwinds**
  - Our declining consumption led to significant distribution cuts in our Hair and Skin business
  - Even Oral Care had lost ground, primarily in Drug
  - 2018 net sales lost due to 2017 line review discontinuations:
    - Hair Care $10.0M
    - Skin Care $8.8M
    - Oral Care $3.2M
- **As of 6/30/2018, we have positive momentum from Mid-Year resets**
  - **Publix:** 3 incremental SKU's (Reach, Firefly)
  - **Target:** 1 power brush + 3 holiday displays
  - **Walmart & Sam's Clubs:** incremental power brush displays
  - **Wakefern:** 4 additional brushes, 2 Zero Frizz, 2 bars
  - **Ahold:** 6 incremental brushes and rinse
  - **Ingles:** 6 incremental brushes and rinse
  - **South East Grocers:** 6 incremental brushes and 3 body washes
  - **Winco:** 5 incremental brushes
  - **Big Lots:** 4 incremental body washes
  - **Hy Vee:** 3 incremental brushes
  - **HEB & Walmart:** incremental holiday gift sets
  - **Walmart:** Loss of Zest 4&12 Bar, partially offset by flowback to 8 Bar, Coast BW, Zest Fruit Boost, Zest Aqua 32oz pump
  - **Target**: My Little Pony Ready to Go
  - **Wakefern:** Fruit Boost
  - **Big Lots**: Coast to Zest

## 2019 Line Reviews

| | Hair | Skin | Oral |
|---|---|---|---|
| Walmart | ✓ | ✓ | ✓ |
| Dollar General | ✓ | ✓ | |
| Kroger | ✓ | ✓ | ✓ |
| C&S | | | |
| Publix | | | |
| HE Butt | ✓ | ✓ | |
| Wakefern | | | |
| Meijer | ✓ | ✓ | ✓ |
| Walgreens | ✓ | ✓ | ✓ |
| CVS | ✓ | ✓ | |
| Rite Aid | | | |
| Target | ✓ | ✓ | ✓ |
| Albertson's | ✓ | | |
| Ulta | ✓ | | |
| Tesco/ Boots | ✓ | | |

Green denotes distribution ADD; red denotes distribution SUBTRACT

 **High Ridge** Brands

*STRICTLY CONFIDENTIAL*



Q&A














# Appendix

# EBITDA Reconciliation

| (In thousands) | Three months ended June 30, 2017 | Three months ended June 30, 2018 | Twelve months ended June 30, 2017 | Twelve months ended June 30, 2018 |
|---|---|---|---|---|
| Net loss | $ (50,731) | $ (8,556) | $ (60,248) | $ (13,834) |
| Interest expense, net | 9,635 | 10,515 | 33,685 | 40,460 |
| Provision for income taxes | (31,299) | 240 | (36,651) | (68,664) |
| Provision for capital taxes | 176 | 74 | 502 | 297 |
| Provision for franchise tax | 44 | 41 | 95 | 144 |
| Depreciation and amortization | 3,403 | 3,054 | 10,358 | 12,836 |
| **EBITDA** | $ (68,772) | $ 5,368 | $ (52,260) | $ (28,761) |
| Pro forma adjustments for historical acquisitions | - | - | 15,591 | - |
| Pro forma adjustments for historical disposals | - | 1 | 81 | 17 |
| Acquisition fees | (2,747) | - | (806) | 477 |
| Loss on early extinguishment of debt | - | - | 12,690 | - |
| Non-cash impairment charges | 83,800 | - | 83,800 | 55,500 |
| Non-cash compensation | (99) | 241 | 308 | 716 |
| Other non-cash items | 48 | 628 | 48 | 3,242 |
| Non-recurring adjustments | 2,735 | 2,334 | 5,105 | 9,081 |
| Consulting fees | 297 | 330 | 1,115 | 1,145 |
| DR. Fresh acquisition synergies | 1,750 | 402 | 7,000 | 2,842 |
| MainePointe Supply Chain Optimization Initiative | - | 3,725 | - | 3,725 |
| **Pro Forma Adjusted EBITDA** | $ 17,012 | $ 13,030 | $ 72,671 | $ 47,985 |

**1**

| Q2'18 | Other Non-Cash | Non-Recurring |
|---|---|---|
| Net Sales | - | 387 |
| COGs | 700 | 795 |
| Selling, advertising & promotion | - | 108 |
| G&A | (72) | 1,244 |
| Gain on Sale | - | (200) |
| Total | 628 | 2,334 |

**2**

| TTM | Other Non-Cash | Non-Recurring |
|---|---|---|
| Net Sales | 1,555 | 785 |
| COGs | 1,589 | 3,953 |
| Selling, advertising & promotion | - | 367 |
| G&A | 98 | 4,271 |
| Gain on Sale | - | (295) |
| Total | 3,242 | 9,081 |

13

 High Ridge Brands

*STRICTLY CONFIDENTIAL*

- We have restated historical Adjusted EBITDA to adjust for certain initiatives that were implemented in Q2 2018

| $ in millions | 3 months ended 12/31/2017 | 3 months ended 3/31/2018 |
|---|---|---|
| Adjusted EBITDA, as reported | $10.0 | $9.9 |
| Fuel surcharge program | 0.2 | 0.2 |
| DRF Terms Recovery | 0.3 | - |
| ODW warehouse efficiency initiatives | - | 0.1 |
| Adjusted EBITDA, as restated | $10.5 | $10.2 |



*STRICTLY CONFIDENTIAL*

# 2018 Heat Map

| | | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|
| **Prior Year Decisions** | Sku Discos | | | | |
| | O/I Investments | | | | |
| | Warehousing | | | | |
| **Market-Driven** | Commodity Pricing | | | | |
| | Tolling Increases | | | | |
| | Freight | | | | |
| | Order Cuts | | | | |
| | Tariffs | | | | |
| **Key Management Initiatives** | Sales Execution | | | | |
| | Retailer White Space | | | | |
| | Innovation Sales | | | | |
| | Trade Productivity | | | | |
| | Re-Sourcing Initiatives | | | | |
| | A&P/R&D Innovation | | | | |
| | Staffing Investments | | | | |
| | Other G&A Savings | | | | |
| | WC Improvement | | | | |
| | Inventory Build Innovation | | | | |
| | Maine Pointe SCO | | | | |

15



*STRICTLY CONFIDENTIAL*

# **EXHIBIT 15**

# Presentation to Lenders
## *Quarter Ended September 30, 2018*

16th November 2018



EXHIBIT

68A

# Cautionary Statement

This presentation has been prepared by High Ridge Brands Co. ("High Ridge Brands" or the "Company") for the exclusive use of the party to whom the Company delivers this presentation (such party, together with its subsidiaries and affiliates, the "Recipient"). This presentation has been prepared solely for informational purposes. This presentation is a summary, and it is not complete. Statements contained herein describing documents and agreements are qualified in their entirety by reference to such documents and agreements. The Recipient should not construe the contents of this presentation as legal, tax, accounting or investment advice.

The presentation includes forward-looking statements. Forward-looking statements are not statements of historical fact and provide the Company's current expectations of forecasts of future events. Any forward-looking statements contained in this presentation reflect various estimates and assumptions by the Company at the time made. These "forward-looking statements" can be identified by the use of terms such as "may," "intend," "might," "will," "should," "could," "would," "expect," "believe," "estimate," "anticipate," "predict," "project," "potential," or the negative of these terms, and similar expressions. Although the Company believes that the expectations and views reflected in such statements are reasonable, such statements are subject to a number of assumptions, risks and uncertainties which may cause actual results, performance or achievements to be materially different from future results, performance or achievements expressed or implied by such forward-looking statements. Additionally, it is possible that others, including industry experts and applicable issuers, may disagree with such expectations, views and/or statements. Forward-looking statements, and the expectations and views reflected therein, expressed in this presentation may change at any time, without notice. In addition, the information contained in this presentation, including any forward-looking statements, speaks only as of the date hereof, and the Company undertakes no obligation to update any such information.

This presentation contains confidential material, non-public information and is the property of the Company. By accepting delivery of this presentation, the Recipient is deemed to have acknowledged and agreed that this presentation will be kept in strict confidence. The Recipient may not, without the express written consent of the Company, whether in whole or in part, publish, broadcast, reproduce, alter or tamper with in any way, or otherwise use any material contained in this presentation. Upon the written request of the Company, this presentation, any other documents or information furnished and any and all reproductions thereof and notes relating thereto will be promptly returned to the Company.

This presentation includes certain financial measures that were not prepared in accordance with U.S. generally accepted accounting principles ("GAAP"). The items excluded from these non-GAAP measures are important in understanding the Company's financial performance, and any non-GAAP measures presented should not be considered in isolation of, or as an alternative to, GAAP financial measures. Since these non-GAAP financial measures are not measures determined in accordance with GAAP, have no standardized meaning prescribed by GAAP and are susceptible to varying calculations, these measures, as presented, may not be comparable to other similarly titled measures of other companies.

This presentation is not an offer to sell or a solicitation of an offer to purchase, any securities to any person in any jurisdiction. This document is not intended for distribution to, or use in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.

# We held the line in Q3







- As expected, our net sales continued to drop versus prior year but improved quarter over quarter
  - Skin Cleansing down 12.4%PY, Hair Care down 10.0%PY, Oral Care up 14.3%PY
  - Skin Cleansing up 2.4%PQ, Hair Care up 1.4%PQ, Oral Care up 0.9%PQ
- Supply chain challenges continued as inflationary pressures in freight, labor and raw/pack more than offset commodity favorability
- Customer service challenges heightened in bar soap: order cuts spiked from 4% to 15% due to single source supplier capacity constraints
- Brand Support and New Product Development expenses in support of 2019 innovation continued to build
- Tightly managed G&A to hold expenses flat from Q2 and 10% below prior year
- Dr. Fresh synergies realized to date total $5.4M annually

Numbers presented above are Proforma, normalized figures: excludes one-time normalizing adjustments, depreciation and step up charges recorded to Cost of Goods Sold; Proforma Adjusted EBITDA excludes 15% cap to unrealized savings (see detailed schedule in appendix); Dr. Fresh sales prior to July 2017 integration "grossed up" for lack of list price tracking

# EBITDA below prior year but sequentially flat before unrealized savings



Numbers presented above are Proforma, normalized figures: excludes one-time normalizing adjustments, depreciation and step up charges recorded to Cost of Goods Sold; Proforma Adjusted EBITDA definition excludes 15% cap to unrealized savings (see detailed schedule in appendix); Dr. Fresh sales prior to July 2017 integration "grossed up" for lack of list price tracking; Q3 2018 unusual items include a.) record breaking inventory liquidation sales (to maximize cash and minimize revolver usage in the quarter) and b.) a ~breakeven introductory $1.3M oral care pallet sale to Sam's Club

# We leaned a bit into the revolver this quarter

- Q3 FCF dipped as one-time tax inflows did not repeat and semi-annual bond coupon became due
  - Continued to improve DPO v DSO
  - Inventory levels subsided
  - Minimal capex trends continued
- Drew down $4M on revolver to fund mid-September bond coupon of $11M



1. Free Cash Flow = Cash Flow from Operations less CapEx (inconsistent with offering material definition which was EBITDA – CapEx)

# Staying within covenant guardrails and ending with ample liquidity







Numbers presented above are Proforma, normalized figures: excludes one-time normalizing adjustments, depreciation and step up charges recorded to Cost of Goods Sold; Credit Agreement EBITDA definition aligns with credit and indenture agreements (see detailed schedule in appendix); Leverage and Covenant Compliance shown 'as submitted' (aligns with compliance certificates)

# Categories healthy, HRB's position a work in progress



- HRB's current Skin Cleansing lineup over-indexes in losing segments (bar soap) and price points (value) → 2019 innovation positioned in growing segments and price points

- Bar Soap quality and service issues in Q3 exacerbated this share loss

- HRB's current Hair Care portfolio squeezed by consumption trends (S+C, hairspray volumes falling) and premiumization trends (consumers trading up, retailers taken space away from value brands) → 2019 innovation positioned to 'win with the winners' (segment, price point and retailers)

- Oral Care remains HRB's bright spot

- Share gains driven by Kids brand Firefly (+15.7% L26W in Kids segment), now the #1 Kids toothbrush

Skin category defined as Skin Cleansing (Body wash, Bar Soap, Hand Soap); Hair category defined as Hair Care (Shampoo/Conditioner, Coloring, Hair Spray, Styling, Gel, Mousse, Dry Shampoo, Hair Growth); Oral Care category includes both adult and kids segments of Toothbrush and Mouth Rinse categories (excludes paste)

# Supply Chain Optimization Initiative

- Savings targets confirmed through supplier summit and RFP work
- Realization of procurement savings through China delayed due to tariffs
- Currently evaluating alternate suppliers in Mexico and Canada to offset the potential tariff impacts from China

| Initiative | Estimated Benefits[1] | Status |
|---|---|---|
| Procurement[2] | $12.3-$18.7M | Savings targets confirmed through Domestic and China RFP work but at present concentrated in China<br>Recent tariff increases risk benefit realization, so exploring LCC alternatives to China across all product lines<br>Preliminary opportunities identified in Mexico and Canada |
| S&OP | $3.2 – $5.0M | Established a more mature S&OP process across all business units<br>Defined actionable metrics supported by a dashboard<br>Provided inventory analysis for optimization and SLOB reduction |
| Warehouse Rate Reductions[2] | $0.7 – $1.0M | Reduced labor charges through improved efficiency<br>Revamped contract terms to address:<br>Management fees / Overhead fees<br>Reduction in rates per square foot<br>Pain Share / Gain Share and Continuous Improvement |
| Logistics / Network Optimization | TBD | Phase 2 (after supplier locations known) |
| LOI | N/A | ORCI rolldown continues throughout the organization to clarify roles and responsibilities<br>ORCI will inform the organization design to drive toward a more efficient and effective organization<br>Change management activities are underway to generate awareness, obtain buy-in and drive sustainability |

1. Updated to reflect learnings to date (RFP results, subsequent negotiations); still need to be qualified and contracted
2. Included in 'unrealized savings' EBITDA add-back in Q2 and Q3 2018

# Bar Soap supplier transition underway

| FROM | TO |
|---|---|
| • Sole source supplier | • Three tier sourcing structure up by April |
| • Increased tolling price by 60% | • Weighted costs back to where they were |
| • Capacity well short of our demand | • Capacity in excess of demand |
| • Products below our quality standards | • Improved product quality |

- We have also taken a 6-10% price increase on bar soaps, effective 11/1/18

# We have transformed our legacy innovation agenda

| FROM | TO |
|---|---|
| • Trade-Up Line Extensions | • Bringing Prestige Performance to Mass |
| • Highly Cannibalistic | • Category & Portfolio Incremental |
| • Gross Margin Dilutive | • Commercial + Product Innovation |
| • Inferior Product Experience & Performance | • Gross Margin Accretive |
| • Marginal Marketing Support | • Outstanding Usability Experience |
| | • 360 degree omni-channel launch plans |

**$2-5M ideas, out of market by year 2**

**$10-40M ideas, well-positioned for lasting success**

# Sell-in update:
# New Hair Care brand

**Retailer reaction to NEW BRAND has dramatically shifted view of HRB**

- "We present our top 3 launches of 2019, and this is one of mine" - Target
- "This was not what I expected at all…in a good way!" – Meijer
- "HRB did your homework and found what was on trend" – Walmart
- "You've stepped up your branding to be relevant to Millennials" – Rite Aid

## Translating into many 'First evers' for HRB

- Walmart Favorites Box – January
- Kroger Checkout Displays, Lobby Event – 1st Quarter
- Target Beauty Boxes – March & Target Media Network
- Meijer Beauty Event and Direct Mail
- Giant Eagle Beauty Boxes

**Most points of distribution of any HRB launch to date at 83,600 and counting!!!**

## Confirmed Distribution

            

# Sell-in update: Hair Care relaunch

**Confirmed Distribution**

  



 

 



# Sell-in update: Skin Cleansing relaunch

**Confirmed Distribution**

 

 

 





Q&A



Appendix

HIGH
RIDGE
BRANDS

# EBITDA Reconciliation

| (In thousands) | Three months ended September 30, | | Twelve months ended September 30, | |
|---|---|---|---|---|
| | 2017 | 2018 | 2017 | 2018 |
| Net loss | $ (2,694) | $ (9,307) | $(63,814) | $(20,447) |
| Interest expense, net | 9,894 | 10,767 | 37,045 | 41,333 |
| Provision for income taxes | (1,197) | (330) | (38,417) | (67,798) |
| Provision for capital taxes | 76 | 74 | 578 | 296 |
| Provision for franchise tax | 54 | 41 | 144 | 131 |
| Depreciation and amortization | 3,353 | 3,038 | 12,516 | 12,521 |
| EBITDA | $ 9,487 | $ 4,283 | $ (51,949) | $ (33,964) |
| Pro forma adjustments for historical acquisitions | - | - | 8,442 | - |
| Pro forma adjustments for historical disposals | 10 | (19) | 85 | (12) |
| Acquisition fees | 702 | 102 | (104) | (124) |
| Loss on early extinguishment of debt | - | - | 12,690 | - |
| Non-cash impairment charges | - | - | 83,800 | 55,500 |
| Non-cash compensation | 252 | 288 | 560 | 752 |
| Other non-cash items | 26 | 278 | 74 | 3,600 |
| Non-recurring adjustments | 2,323 | 3,788 | 7,094 | 10,756 |
| Cost savings | 265 | - | 265 | - |
| Consulting fees | 1,185 | 265 | 2,051 | 1,145 |
| DR. Fresh acquisition synergies | - | - | 5,250 | 1,254 |
| MainePointe Supply Chain Optimization Initiative | - | 3,725 | - | 7,450 |
| Pro Forma Adjusted EBITDA | $ 14,251 | $ 12,711 | $ 68,257 | $ 46,358 |
| Reduction for unrealized savings 15% cap | - | (3,056) | - | (3,056) |
| Credit Agreement EBITDA | $ 14,251 | $ 9,655 | $ 68,257 | $ 43,302 |

**1**

| Q3'18 | Other Non-Cash | Non-Recurring |
|---|---|---|
| Net Sales | - | 175 |
| COGs | 320 | 1,868 |
| Selling, advertising & promotion | - | 73 |
| G&A | (42) | 1,686 |
| Gain on Sale | - | (14) |
| Total | 278 | 3,788 |

**2**

| TTM | Other Non-Cash | Non-Recurring |
|---|---|---|
| Net Sales | 1,661 | 796 |
| COGs | 1,878 | 4,140 |
| Selling, advertising & promotion | - | 380 |
| G&A | 60 | 5,749 |
| Gain on Sale | - | (309) |
| Total | 3,600 | 10,756 |

# Historical Restatement

- We have restated historical Adjusted EBITDA to adjust for certain initiatives that were implemented in Q3 2018

| $ in millions | 3 months ended 12/31/2017 | | 3 months ended 3/31/2018 | | 3 months ended 6/30/2018 | |
|---|---|---|---|---|---|---|
| Adjusted EBITDA, as reported | $ | 10.5 | $ | 10.2 | $ | 12.7 |
| Prior period costs | | 0.1 | | 0.0 | | 0.0 |
| Excess warehouse space | | - | | 0.1 | | 0.1 |
| DRF Synergies | | - | | - | | (0.4) |
| Unrealized savings 15% cap | | - | | - | | 0.4 |
| Adjusted EBITDA, as restated | $ | 10.5 | $ | 10.3 | $ | 12.8 |

# 2018 Heat Map



| | | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|
| **Prior Year Decision** | Sku Discos | | | | |
| | O/I Investments | | | | |
| | Warehousing | | | | |
| **Market-Driven** | Commodity Pricing | | | | |
| | Other Input Inflation | | | | |
| | Tolling Increases | | | | |
| | Freight | | | | |
| | Order Cuts | | | | |
| | Tariffs | | | | |
| **Key Management Initiatives** | Sales Execution | | | | |
| | Retailer White Space | | | | |
| | Innovation Sales | | | | |
| | Trade Productivity | | | | |
| | Re-Sourcing Initiatives | | | | |
| | A&P/R&D Innovation | | | | |
| | Staffing Investments | | | | |
| | Other G&A Savings | | | | |
| | WC Improvement | | | | |
| | Inventory Build Innovation | | | | |
| | Maine Pointe SCO | | | | |

**EXHIBIT 16**


**FILED UNDER SEAL**