# <u>EXHIBIT A</u>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>HRB WINDDOWN INC., *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12689-BLS<br><br>Jointly Administered |
| ALAN D. HALPERIN, AS LIQUIDATING TRUSTEE OF THE HIGH RIDGE BRANDS CO. LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ARAWAK IX, L.P., CLAYTON, DUBILIER & RICE, LLC, JOHN C. COMPTON, VINDI BANGA (A/K/A MANVINDER BANGA), KENNETH A. GIURICEO, GREGORY L. PASQUA, AND JAMES A. DANIELS,<br><br>Defendants. | Adversary Proceeding<br><br>Adv. Proc. Case No. 21-51412-BLS |

### AMENDED DECLARATION OF GORDON Z. NOVOD IN OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND TO EXCLUDE THE EXPERT OPINIONS AND TESTIMONY OF STEVEN KEMPAINEN

Gordon Z. Novod hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

---

[1] The term "Debtors" as used in this Motion shall mean the following debtors in the above-referenced chapter 11 cases (the "Chapter 11 Cases"): High Ridge Brands Holdings, Inc.; HRB Midco, Inc.; HRB Buyer, Inc.; HRB Winddown, Inc. (f/k/a High Ridge Brands Co.); GSI Winddown, Inc. (f/k/a Golden Sun, Inc.); CFL Winddown, Inc. (f/k/a Continental Fragrances, Ltd.); FCI Winddown, Inc. (f/k/a Freshcorp, Inc.); COC Winddown, LLC (f/k/a Children Oral Care, LLC); and DRF Winddown, LLC (f/k/a Dr. Fresh, LLC). References to the docket in the jointly administered Chapter 11 Cases shall noted by "D.I." and references to the docket in this adversary proceeding shall be noted by "Adv. D.I."

I am an attorney admitted *pro hac vice* to practice before this Court in this Adversary Proceeding, and a Partner at Boies Schiller Flexner LLP, counsel to Alan D. Halperin, as Liquidating Trustee of the High Ridge Brands Co. Liquidating Trust. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motions for Partial Summary Judgment and to Exclude the Expert Opinions and Testimony of Steven Kempainen, each filed contemporaneously herewith.

1. Attached hereto as P.Ex.1 is a true and correct copy of the Annual Report for 2017 filed by DDJ Capital Management, LLC with the Secretary of the Commonwealth of Massachusetts, retrieved website for the Secretary of the Commonwealth of Massachusetts at https://corp.sec.state.ma.us/CorpWeb/CorpSearch/CorpSearchFormList.aspx?sysvalue=udpRRw Fe838Z76AxHjag4w--.

2. Attached hereto as P.Ex.2 is a true and correct copy of the Annual Report for 2018 filed by DDJ Capital Management, LLC with the Secretary of the Commonwealth of Massachusetts, retrieved website for the Secretary of the Commonwealth of Massachusetts at https://corp.sec.state.ma.us/CorpWeb/CorpSearch/CorpSearchFormList.aspx?sysvalue=udpRRw Fe838Z76AxHjag4w--.

3. Attached as P.Ex.3 is a true and correct copy of the Limited Liability Company Annual Report for 2017 filed by Barings LLC with the North Carolina Secretary of State, retrieved website for the North Carolina Secretary of State and available to the public at 1_47026446_4c32cac06bc544aa86dd803696dfcac4.pdf.

4. Attached as P.Ex.4 is a true and correct copy of the Limited Liability Company Annual Report for 2018 filed by Barings LLC with the North Carolina Secretary of State, retrieved

2

website for the North Carolina Secretary of State and available to the public at 1_43253044_f946d2061d434190a53058377adcb647.pdf.

5. Attached hereto as P.Ex.5 is a true and correct copy of the document marked at as "PX-169" during fact depositions in this adversary proceeding.

6. Attached hereto as P.Ex.6 is a true and correct copy of the document marked at as Exhibit "PX-121" during fact depositions in this adversary proceeding.

7. Attached hereto as P.Ex.7 is a true and correct copy of the document marked at as Exhibit "PX-123" during fact depositions in this adversary proceeding.

8. Attached hereto as P.Ex.8 is a true and correct copy of the document marked at as Exhibit "PX-22" during fact depositions in this adversary proceeding.

9. Attached hereto as P.Ex.9 is a true and correct copy of the document marked at as Exhibit "PX-24" during fact depositions in this adversary proceeding.

10. Attached hereto as P.Ex.10 is a true and correct copy of the document marked at as Exhibit "PX-25" during fact depositions in this adversary proceeding.

11. Attached hereto as P.Ex.11 is a true and correct copy of the document marked at as Exhibit "PX-45" during fact depositions in this adversary proceeding.

12. Attached hereto as P.Ex.12 is a true and correct copy of the document marked at as Exhibit "PX-29" during fact depositions in this adversary proceeding.

13. Attached hereto as P.Ex.13 is a true and correct copy of document marked at as Exhibit "PX-30" during fact depositions in this adversary proceeding.

14. Attached hereto as P.Ex.14 is a true and correct copy of the document marked at as Exhibit "PX-31" during fact depositions in this adversary proceeding.

15. Attached hereto as P.Ex.15 is a true and correct copy of the document marked at as Exhibit "PX-33" during fact depositions in this adversary proceeding.

16. Attached hereto as P.Ex.16 is a true and correct copy of excerpts of the transcript of the July 21, 2025 deposition of James A. Daniels.

17. Attached hereto as P.Ex.17 is a true and correct copy of the document marked at as Exhibit "PX-43" during fact depositions in this adversary proceeding.

18. Attached hereto as P.Ex.18 is a true and correct copy of excerpts of the transcript of the July 15, 2025 deposition of John Compton.

19. Attached hereto as P.Ex.19 is a true and correct copy of the document marked at as Exhibit "PX-26" during fact depositions in this adversary proceeding.

20. Attached hereto as P.Ex.20 is a true and correct copy of the document bearing bates number CDR_00012614 through CDR_00012615.

21. Attached hereto as P.Ex.21 is a true and correct copy of the document marked at as Exhibit "PX-101" during fact depositions in this adversary proceeding.

22. Attached hereto as P.Ex.22 is a true and correct copy of excerpts of the transcript of the July 15, 2025 deposition of Gregory Pasqua.

23. Attached hereto as P.Ex.23 is a true and correct copy of the document marked at as Exhibit "PX-47" during fact depositions in this adversary proceeding.

24. Attached hereto as P.Ex.24 is a true and correct copy of the document marked at as Exhibit "PX-35" during fact depositions in this adversary proceeding.

25. Attached hereto as P.Ex.25 is a true and correct copy of the document marked at as Exhibit "PX-49" during fact depositions in this adversary proceeding.

26. Attached hereto as P.Ex.26 is a true and correct copy of the document bearing bates number CDR_00027509 through CDR_00027514.

27. Attached hereto as P.Ex.27 is a true and correct copy of an excerpts of the transcript of the August 7, 2025 deposition of Manvinder ("Vindi") Banga.

28. Attached hereto as P.Ex.28 is a true and correct copy of the document bearing bates number CDR_00027796.

29. Attached hereto as P.Ex.29 is a true and correct copy of the document marked at as Exhibit "PX-76" during fact depositions in this adversary proceeding.

30. Attached hereto as P.Ex.30 is a true and correct copy of the document bearing bates number CDR_00008368 through CDR_00008370.

31. Attached hereto as P.Ex.31 is a true and correct copy of the document marked at as Exhibit "PX-10" during fact depositions in this adversary proceeding.

32. Attached hereto as P.Ex.32 is a true and correct copy of the document marked at as Exhibit "PX-11" during fact depositions in this adversary proceeding.

33. Attached hereto as P.Ex.33 is a true and correct copy of the document marked at as "Defendants' Exhibit 1" during fact depositions in this adversary proceeding.

34. Attached hereto as P.Ex.34 is a true and correct copy of excerpts of the transcript of the July 18, 2025 deposition of Polen Capital Credit LLC by Douglas Wooden, as its Rule 30(b)(6) designee.

35. Attached hereto as P.Ex.35 is a true and correct copy of the document bearing bates number Barings-0010315 through Barings-0010316.

36. Attached hereto as P.Ex.36 is a true and correct copy of excepts of the transcript of the August 14, 2025 deposition of Barings LLC by Sean Feeley, as its Rule 30(b)(6) designee.

37. Attached hereto as P.Ex.37 is a true and correct copy of the document marked at as "Defendants' Exhibit 69" during fact depositions in this adversary proceeding.

38. Attached hereto as P.Ex.38 is a true and correct copy of the document bearing bates number Barings-0005086 through Barings-0005087.

39. Attached hereto as P.Ex.39 is a true and correct copy of the document marked at as Exhibit "PX-127" during fact depositions in this adversary proceeding.

40. Attached hereto as P.Ex.40 is a true and correct copy of the document bearing bates number CDR_00017813 through CDR_00017815.

41. Attached hereto as P.Ex.41 is a true and correct copy of the document bearing bates number CDR_00018125 through CDR_00018126.

42. Attached hereto as P.Ex.42 is a true and correct copy of the document marked at as Exhibit "PX-21" during fact depositions in this adversary proceeding.

43. Attached hereto as P.Ex.43 is a true and correct copy of the document marked at as Exhibit "PX-75" during fact depositions in this adversary proceeding.

44. Attached hereto as P.Ex.44 is a true and correct copy of the document bearing bates number CD&R_00021185 through CD&R_00021191.

45. Attached hereto as P.Ex.45 is a true and correct copy of the document marked at as "Defendants' Exhibit 66" during fact depositions in this adversary proceeding.

46. Attached hereto as P.Ex.46 is a true and correct copy of the document marked at as "Defendants' Exhibit 10" during fact depositions in this adversary proceeding.

47. Attached hereto as P.Ex.47 is a true and correct copy of the document marked at as "Defendants' Exhibit 2A" during fact depositions in this adversary proceeding.

48.     Attached hereto as P.Ex.48 is a true and correct copy of the document marked at as Exhibit "PX-38" during fact depositions in this adversary proceeding.

49.     Attached hereto as P.Ex.49 is a true and correct copy of the document bearing bates number CDR_00010523.

50.     Attached hereto as P.Ex.50 is a true and correct copy of the document marked at as "Defendants' Exhibit 71" during fact depositions in this adversary proceeding.

51.     Attached hereto as P.Ex.51 is a true and correct copy of the document marked at as "Defendants' Exhibit 73" during fact depositions in this adversary proceeding.

52.     Attached hereto as P.Ex.52 is a true and correct copy of the document bearing bates number Barings-0015575 through Barings-0015576.

53.     Attached hereto as P.Ex.53 is a true and correct copy of the document marked at as "Defendants' Exhibit 142" during fact depositions in this adversary proceeding.

54.     Attached hereto as P.Ex.54 is a true and correct copy of the document marked at as "Defendants' Exhibit 143" during fact depositions in this adversary proceeding.

55.     Attached hereto as P.Ex.55 is a true and correct copy of the document marked at as Exhibit "PX-67" during fact depositions in this adversary proceeding.

56.     Attached hereto as P.Ex.56 is a true and correct copy of the document marked at as "Defendants' Exhibit 144" during fact depositions in this adversary proceeding.

57.     Attached hereto as P.Ex.57 is a true and correct copy of the document marked at as Exhibit "PX-61" during fact depositions in this adversary proceeding.

58.     Attached hereto as P.Ex.58 is a true and correct copy of the document marked at as Exhibit "PX-63" during fact depositions in this adversary proceeding.

59. Attached hereto as P.Ex.59 is a true and correct copy of the document marked at as Exhibit "PX-55" during fact depositions in this adversary proceeding.

60. Attached hereto as P.Ex.60 is a true and correct copy of the document marked at as Exhibit "PX-59" during fact depositions in this adversary proceeding.

61. Attached hereto as P.Ex.61 is a true and correct copy of the document marked at as "Defendants' Exhibit 87" during fact depositions in this adversary proceeding.

62. Attached hereto as P.Ex.62 is a true and correct copy of the document marked at as "Defendants' Exhibit 75" during fact depositions in this adversary proceeding.

63. Attached hereto as P.Ex.63 is a true and correct copy of the document bearing bates number HRB-POLEN-000058924 through HRB-POLEN-000058926.

64. Attached hereto as P.Ex.64 is a true and correct copy of the document marked at as "Defendants' Exhibit 82" during fact depositions in this adversary proceeding.

65. Attached hereto as P.Ex.65 is a true and correct copy of the document bearing bates number Barings-0018699 through Barings-0018702.

66. Attached hereto as P.Ex.66 is a true and correct copy of the document bearing bates number Barings-0020365 through Barings-0020368.

67. Attached hereto as P.Ex.67 is a true and correct copy of the document bearing bates number Barings-0022355 through Barings-0022357.

68. Attached hereto as P.Ex.68 is a true and correct copy of the expert report of Defendants' damages rebuttal expert, Dr. Maureen Chakraborty dated December 10, 2025.

69. Attached hereto as P.Ex.69 is a true and correct copy of excerpts of the transcript of the deposition of Defendants' damages rebuttal expert Dr. Maureen Chakraborty that occurred on February 11, 2026.

70. Attached hereto as P.Ex.70 is a true and correct copy of the document marked at as "PX-27" during fact depositions in this adversary proceeding.

71. Attached hereto as P.Ex.71 is a true and correct copy of the document marked at as "PX-76" during fact depositions in this adversary proceeding.

72. Attached hereto as P.Ex.72 is a true and correct copy of the document bearing bates number CDR-HRB-00009166 through CDR-HRB-00009168.

73. Attached hereto as P.Ex.73 is a true and correct copy of the document marked at as "PX-41" during fact depositions in this adversary proceeding.

74. Attached hereto as P.Ex.74 is a true and correct copy of the document marked at as "PX-4" during fact depositions in this adversary proceeding.

75. Attached hereto as P.Ex.75 is a true and correct copy of the document marked at as "PX-57" during fact depositions in this adversary proceeding.

76. Attached hereto as P.Ex.76 is a true and correct copy of Raymund Wong, "Purchase-Sale Matching in Securities Litigation: FIFO, LIFO, and Offsets."

77. Attached hereto as P.Ex.77 is a true and correct copy of Andrew W. Lo and A. Craig MacKinlay, "An Econometric Analysis of Nonsynchronous Trading," NBER Working Paper 2960 (1989).

78. Attached as P.Ex.78 is a true and correct copy of excerpts of the transcript of the deposition of Stephen Kempainen that occurred on February 4, 2026.

79. Attached as P.Ex.79 is a true and correct copy of excerpts from the CD&R Defendants' Joint Privilege Log in this Adversary Proceeding, dated January 3, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 5, 2026 in New York, NY

/s/ Gordon Z. Novod

Gordon Z. Novod